NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-607

DOUGLAS ROBARGE and STACY ROBARGE, individually and on behalf
of their minor children, COURTNEY ROBARGE and MEGAN ROBARGE

VERSUS

ENTERGY GULF STATES, INC., ENTERGY ENTERPRISES INC.,
ENTERGY CORPORATION, ENTERGY HOLDINGS, INC., ENTERGY
LOUISIANA, INC., ENTERGY OPERATIONS SERVICES, INC.,
ENTERGY POWER & LIGHT COMPANY, ENTERGY SERVICES, INC.,
ENTERGY POWER R S CORPORATION, ENTERGY TECHNOLOGY
COMPANY, ENTERGY TECHNOLOGY HOLDING COMPANY,
ENTERGY THERMAL L.L.C., SOUTHWEST LOUISIANA ELECTRIC
MEMBERSHIP CORPORATION, JIM'S ELECTRIC INC., UNITED FIRE
& CASUALTY COMPANY, ST. PAUL FIRE AND MARINE INSURANCE
COMPANY, COX COMMUNICATIONS CENTRAL, I, L.L.C., COX
COMMUNICATION CENTRAL II, INC.,  COX CABLE D.T. S. OF
LOUISIANA, INC., AND COX COMMUNICATIONS LOUISIANA, INC.

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20013598
HONORABLE HERMAN C. CLAUSE, DISTRICT JUDGE

**********

NED E. DOUCET  JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet  Jr., Chief Judge, Oswald A. Decuir, and Marc T.
Amy, Judges.

AFFIRMED.

Michael G. Daiy
W. Corey Grimley
Toce & Daiy
P. O. Box 2716
Lafayette, LA 70502-2716
(337) 233-6818
Counsel for: Plaintiffs-Appellants
        Douglas Robarge and Stacy Robarge


John Allen Braymer

Attorney at Law
P. O. Box 2431
Baton Rouge, LA 70821
(225) 381-5844
Counsel for: Defendants-Appellees
Entergy Power R S Corp.,  Entergy Corporation, Entergy Thermal, LLC,
Entergy Louisiana, Inc., Entergy Technology Holding Co.,
Entergy Technology Co., Entery Gulf States, Inc., Entergy
Enterprises, Inc., Entergy Holdings, Inc., Entergy Operations Services,
Inc., Entergy Power & Light Company, Entergy Services, Inc.

Robert R. McBride
McBride & Foret
P. O. Box 2700
Lafayette, LA 70502
(337) 234-0181
Counsel for: Defendants-Appellees
St. Paul Fire & Marine Ins. Co. and Southwest Louisiana Electric
Membership Corp.

Richard Joseph Petre  Jr.
Onebane, Bernard, Torian
P. O. Drawer 3507
Lafayette, La 70502-3507
(337) 237-2660
Counsel for: Defendants-Appellees
United Fire & Cas. Co. and Jim's Electric, Inc.

Matthew John Ungarino
Albert David Giraud
UNGARINO & ECKERT
3850 N Causeway Blvd, Ste 1280
Metairie, LA 70002
(504) 836-7565
Counsel for: Defendant-Appellee
Telecable Associates, Inc.

Azelie Ziegler Shelby
Attorney at Law
3909 Plaza Tower Drive
Baton Rouge, LA 70816
(225) 292-2000
Counsel for: Defendant-Appellee
Telecable Associates, Inc.

Frederick Douglas Gatz  Jr.
Preis, Kraft & Roy
P. O. Dr. 94-C
Lafayette, LA 70509
(337) 237-6062
Counsel for: Defendant-Appellee
National Union Fire Ins. Company of Pittsburgh

W. Fox McKeithen
Secretary of State
3851 Essen Lane
Baton Rouge, LA 70809
(225) 922-1000
Counsel for: Defendant-Appellee
American International South Insurance Company

**James J. Hautot  Jr.**
**Judice & Adley**
**P. O. Drawer 51769**
**Lafayette, LA 70503**
**(337) 235-2405**
**Counsel for: Defendant-Appellee**
**Ace Transportation, Inc.**